1  John K. Park, State Bar Number: 175212
   Park Law Firm, APC
2  3255 Wilshire Blvd., Suite 1110
3  Los Angeles, CA 90010
   (213) 389-3777
4  park@parklaw.com
5
6                UNITED STATES DISTRICT COURT
7
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
8
9

| | |
|---|---|
| SEAN PARK, an individual,<br><br>Plaintiff<br><br>     v.<br><br>LOVE CULTURE, INC., a California Corporation, doing business as www.loveculture.com; MICHELLE, INC., California Corporation ; and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____<br><br>MICHELLE, INC., a California Corporation,<br><br>Counter-complainant,<br><br>     v.<br><br>SEAN PARK, an individual; and ROES 1-10, inclusive,<br><br>Counter-defendant<br>_____ | CASE NO.: 2:14-CV-02965-AJW<br><br>Honorable Magistrate Judge: Andrew J. Wistrich<br><br>**ORDER ON STIPULATION BETWEEN SEAN PARK AND MICHELLE, INC. TO DISMISS, AND DISMISSAL OF THE CASE.**<br><br>Complaint Filed: April 17, 2014<br>Trial Date: May 12, 2015; 8:30 a.m. |

1
[PROPOSED] ORDER ON STIPULATION TO DISMISS ALL PARTIES

**ORDER**:

After review of the parties' stipulation for dismissal, and finding good cause therein:

THE FOLLOWING IS HEREBY ORDERED:

1. Plaintiff's complaint against Michelle, Inc., a California corporation, is hereby dismissed with prejudice;

2. Counterclaimant's countercomplaint against Sean Park., an individual, is hereby dismissed with prejudice;

3. Parties will each bear his or its respective costs and attorneys' fees as incurred against one another in connection with the claims released herein; and

4. The entire case is hereby closed.

SO ORDERED

DATED: February 9, 2015

By: _____
Hon. Andrew J. Wistrich